RECEIVED
IN LAKE CHARLES, LA

MAR 29 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KENNITH W. MONTGOMERY | CIVIL ACTION 09-2003 |
| VS. | SECTION P |
| WARDEN VIC SALVADOR | JUDGE MINALDI |
| | MAGISTRATE JUDGE KAY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's Application for Writ of *Habeas Corpus* Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITHOUT PREJUDICE** because petitioner failed to exhaust state court remedies prior to filing suit..

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 25 day of March, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE